In the Matter of the Claim of SUZANNE CLYNES, Respondent, against DOBLER BREWING COMPANY et al., Appellants. WORK-MEN'S COMPENSATION BOARD, Respondent.

Argued April 21, 1955; decided June 10, 1955.

*Kenneth J. Dugan* and *Thomas J. Burke* for appellants.

*Jacob K. Javits, Attorney-General (Daniel Polansky, Henry S. Manley* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE and FROESSEL, JJ. FULD, VAN VOORHIS and BURKE, JJ., dissent and vote to reverse and to annul the award and to dismiss the claim upon the ground that there is no substantial evidence to sustain the findings of the Workmen's Compensation Board.